UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER VALDES CRUZ,<br><br>Petitioner,<br><br>v.<br><br>GOLDEN STATE ANNEX WARDEN, et al.,<br><br>Respondents. | No.  1:26-cv-03752-DAD-AC<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT<br><br>(Doc. No. 1, 3) |

On May 15, 2026, petitioner Alexander Valdes Cruz filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE").  (Doc. No. 1.)  Petitioner alleges that he entered the United States without inspection on or about December 5, 2023, on or about January 29, 2024, petitioner was released on his own recognizance, and on or about April 29, 2026, petitioner was re-detained by ICE when he appeared for a routine ICE check-in.  (*Id.* at 5.)  Petitioner seeks his immediate release under the same conditions that were in place prior to his recent re-detention, the imposition of certain procedures prior to and future re-detention, and award of attorney's fees and costs.  (*Id.* at 11–12.)  Also on May 15, 2026, petitioner filed a motion for temporary restraining order.  (Doc. No. 3.)  On the same day, the court set a briefing schedule and ordered that

1

respondents substantively address whether any provision of law or fact in this case would distinguish it from the circumstances addressed in this court's decisions in *Ayala Cajina v. Wofford*, No. 1:25-cv-01566-DAD-AC (HC), 2025 WL 3251083 (E.D. Cal. Nov. 21, 2025); *Perez v. Albarran*, No. 1:25-cv-01540-DAD-CSK (HC), 2025 WL 3187578 (E.D. Cal. Nov. 14, 2025); *Chavarria v. Chestnut*, No. 1:25-cv-01755-DAD-AC (E.D. Cal. Dec. 9, 2025); *Yang v. Kaiser*, No. 2:25-CV-02205-DAD-AC (HC), 2025 WL 2791778 (E.D. Cal. Aug. 20, 2025); *Quichimbo-Jimenez v. Warden, California City Correctional Center*, 2:26-cv-00739-DAD-EFB (HC), 2026 WL 679378 (E.D. Cal. Mar. 10, 2026); *Cardenas v. Chestnut*, et al., No. 1:26-cv-02073-DAD-SCR (HC), 2026 WL 785871 (E.D. Cal. Mar. 20, 2026); or *J.P.C. v. Chestnut, et al.*, 1:26-cv-02108-DAD-JDP, 2026 WL 788129 (E.D. Cal. Mar. 20, 2026).  (Doc. No. 5.)

On May 18, 2026, respondents filed their opposition to the motion for temporary restraining order.  (Doc. No. 7.)  Therein, respondents state that the cases "identified by the Court are not materially distinguishable" from the instant case.  (*Id.* at 1.)  Further, respondents "do not oppose resolving the case on its merits at this time."  (*Id.*)

Accordingly, pursuant to the court's reasoning as stated in the above-cited orders and which is adopted herein, the court will grant the petition for writ of habeas corpus.

For the reasons explained above,

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED;

    a. Respondents are ORDERED to immediately release petitioner Alexander Valdes Cruz, A-File No. 249-155-765, from respondent's custody on the same conditions he was subject to immediately prior to his April 29, 2026 re-detention;

    b. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden of demonstrating by clear and convincing evidence that petitioner is a danger to the community or a flight risk;

2

2.  Petitioner's motion for a temporary restraining order (Doc. No. 3) is hereby DENIED as having been rendered moot by this order granting habeas relief on the merits;

3.  The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex; and

4.  The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:   **June 4, 2026**                          _Dale A. Drozd_____
                                                   DALE A. DROZD
                                                   UNITED STATES DISTRICT JUDGE

3